location, pursuant to 26 C.F.R. § 178.50. A license under that section is valid only at the address specified therein.

The home of appellant, to which he had removed the automatic weapons, was not licensed or registered as a Cadmus place of business. The district court ruled that the Cadmus dealer's license and the fact that the guns were registered to Cadmus were not a defense to the prosecution of appellant.

Though we believe that the district court's ruling in this matter was quite proper under these facts, we need not rule on this contention in view of the fact that the sentence on count 3 was concurrent with the sentences on the other two counts as to which appellant makes no attack. United States v. Ruiz, 441 F.2d 1120 (9th Cir.1971). *See* Benton v. Maryland, 395 U.S. 784, 89 S.Ct. 2056, 23 L.Ed.2d 707 (1969).

Affirmed.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Richard A. SCHOOR, Defendant-Appellant.**

No. 71–1596
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 13, 1971.
Rehearing and Rehearing En Banc Denied Nov. 4, 1971.

Norman E. Green, Phoenix, Ariz., for defendant-appellant.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., for plaintiff-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

**Rubbie M. SMITH, Plaintiff-Appellant,**

v.

**STATE BOARD OF BAR EXAMINERS OF GEORGIA, et al., Defendants-Appellees.**

**Jewell Larry DEFEE, Plaintiff-Appellant,**

v.

**Howell C. RAVAN et al., Defendants-Appellees.**

Nos. 30971, 30972.

United States Court of Appeals, Fifth Circuit.

May 27, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Rubble M. Smith, pro se.

Jewell Larry Defee, pro se.

Arthur K. Bolton, Atty. Gen., John W. Hinchey, Asst. Atty. Gen., Harold N. Hill, Jr., Executive Asst. Atty. Gen., Robert J. Castellani, Asst. Atty. Gen., Atlanta, Ga., for defendants-appellees.

Before TUTTLE, GEWIN and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Roy Milton BIRMINGHAM, Defendant-Appellant.**

**No. 71–1030.**

United States Court of Appeals, Tenth Circuit.

Sept. 2, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).